IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HOWARD HUNT<br>Defendant. | CASE NO. 11-cr-441-KJM<br><br>[PROPOSED] ORDER SUBSTITUTING NOTICE TO APPEAR IN LIEU OF SUMMONS |

For the reasons set forth in the petition of the United States, the summons previously ordered in the above-captioned case is recalled in lieu of a notice to appear.

Date: October 13ᵗʰ, 2011

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE