```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-441 KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING ARRAIGNMENT |
| v. | |
| JEFFERY HOWARD HUNT, | |
| Defendant. | |

## Stipulation

The date the prosecutor chose for the arraignment that is listed on the Notice to Appear is not convenient for defense counsel and the defendant. Therefore, the parties, through undersigned counsel, stipulate that the arraignment scheduled for November 1, 2011, may be continued to November 15, 2011, at 2:00 p.m.

As the defendant has not yet made an appearance in this action, it is not necessary to exclude time under the Speedy Trial Act.

///

///

///

///

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: November 1, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                          by    /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney


DATED: November 1, 2011   by    /s/Samantha S. Spangler for
                                Martin A. Shainbaum
                                Counsel for Defendant
                                Jeffrey Howard Hunt

## Order

Good cause appearing, the arraignment scheduled for November 1, 2011 is ordered continued to November 15, 2011, at 2:00 p.m.

IT IS SO ORDERED.

DATED: November 1, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE