```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-0441 KJM |
|---|---|---|
| Plaintiff, | ) | ORDER AFTER STATUS CONFERENCE EXCLUDING TIME |
| v. | ) | |
| JEFFREY H. HUNT, | ) | |
| Defendant. | ) | |

This matter came before the Court on February 13, 2012, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States. Attorney Martin A. Schainbaum appeared on behalf of the defendant, who was present.

The Court set a further status conference for April 23, 2012, as requested by Mr. Schainbaum for more time to review the discovery.

The Court excluded time from the Speedy Trial Act calculation through the new status conference date for preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, and complexity, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), after hearing from the government's counsel. The Court finds that

1

the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 15, 2012.

_____
UNITED STATES DISTRICT JUDGE